## MORGAN v. CITY OF NEW YORK.

(Supreme Court, Appellate Division, First Department.   June 9, 1905.)

MUNICIPALITIES—CHIEF MESSENGER—DUTIES PERFORMED OUT OF OFFICE HOURS—EXTRA COMPENSATION.

The fact that affidavits taken by a chief messenger in the department of buildings of the city of New York in the performance of his duties as such messenger, as charged on him by specific direction, were taken in the morning before business hours, did not entitle him to extra compensation.

Appeal from Trial Term, New York County.

Action by George Morgan against the city of New York. From a judgment for plaintiff, and from an order denying its motion for a new trial, defendant appeals. Reversed.

Argued before HATCH, PATTERSON, O'BRIEN, and LAUGHLIN, JJ.

Theodore Connoly, for appellant.

Augustin Ledwith, for respondent.

HATCH, J.   The facts in this case cannot distinguish it from the
case as made in McCabe v. City of New York, 77 App. Div. 637,
79 N. Y. Supp. 176, affirmed by the Court of Appeals, 176 N. Y.
587, 68 N. E. 1119.   The fact that the affidavits were taken in the
morning before business hours does not change the result, any more
than the rendition of other services charged upon the plaintiff, per-
formed either before or after office hours, would authorize extra
compensation.   What plaintiff did was done in the performance of
his duties as chief messenger.   They were charged upon him by
specific direction, and he performed them as service required by
the department and in the discharge of his duties.

The judgment and order should therefore be reversed, and a new
trial granted, with costs to the appellant to abide the event.   All
concur.